# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**STEVEN M. SMITH,**

    **Plaintiff,**

**v.**                                                                  **Case No. 5:22-cv-164-AW-MJF**

**BETWEEN THE HEDGES**
**LANDSCAPE, LLC, and DEWEY B.**
**CLARK,**

    **Defendants.**

_____/

## ORDER GRANTING EXTENSION

Defendants' unopposed motion for extension (ECF No. 5) is GRANTED. The deadline to respond to the complaint is extended to October 11.

SO ORDERED on September 20, 2022.

                                                      s/ *Allen Winsor*
                                                      United States District Judge