IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**STEVEN M. SMITH,**

                                    Case No. 5:22-cv-00164-AW-MJF

    Plaintiff,

v.

**BETWEEN THE HEDGES LANDSCAPE,
LLC AND DEWEY B. CLARK,**
    Defendant.
_____/

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT**

Defendants, BETWEEN THE HEDGES LANDSCAPE, LLC and DEWEY B. CLARK, ("Defendants"), answers the Complaint filed by Plaintiff, SYDNEY RODRIGUEZ, ("Plaintiff"), in correspondingly numbered paragraphs, as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Defendants admit Plaintiff is over eighteen years old. Defendants are without knowledge as to Plaintiff's residency and therefore deny the remaining allegations in Paragraph 1 of the Complaint.

2. Defendants admit the allegations in Paragraph 2 of the Complaint.

3. Defendants admit the allegations in Paragraph 3 of the Complaint.

4. Paragraph 4 of the Complaint contains conclusions of law to which no response is required. To the extent this Paragraph is deemed to contain factual allegations, Defendants deny them.

5. Defendants admit that venue is appropriate in this Court, but otherwise deny the allegations in Paragraph 5 of the Complaint.

6. Defendants deny the allegations in Paragraph 6 of the Complaint.

7. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 7 of the Complaint.

## COUNT I – FLSA OVERTIME WAGE VIOLATION
## (AGAINST DEFENDANTS)

8. Defendants reallege and incorporate all responses set forth in all preceding paragraphs as if fully stated herein.

9. Defendants admit the allegations in Paragraph 9 of the Complaint.

10. Defendants admit the allegations in Paragraph 10 of the Complaint.

11. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations in Paragraph 11 of the Complaint.

12. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations in Paragraph 12 of the Complaint.

13. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations in Paragraph 13 of the Complaint.

14. Defendants admit the allegations in Paragraph 14 of the Complaint.

15. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations in Paragraph 15 of the Complaint.

16. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations in Paragraph 16 of the Complaint.

17. Defendants admit the allegations in Paragraph 17 of the Complaint.

18. Defendants admit the allegations in Paragraph 18 of the Complaint.

19. Defendants are without knowledge of the allegations in Paragraph 19 of the Complaint.

20. Defendants admit the allegations in Paragraph 20 of the Complaint.

21. Defendants admit the allegations in Paragraph 21 of the Complaint.

22. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations in Paragraph 22 of the Complaint.

23. Defendants deny the allegations in Paragraph 23 of the Complaint.

24. Defendants deny the allegations in Paragraph 24 of the Complaint.

25. Defendants deny the allegations in Paragraph 25 of the Complaint.

26. Defendants deny the allegations in Paragraph 26 of the Complaint.

27. Defendants deny the allegations in Paragraph 27 of the Complaint.

28. Defendants deny the allegations in Paragraph 28 of the Complaint.

29. Defendants deny the allegations in Paragraph 29 of the Complaint.

In response to the unenumerated WHEREFORE paragraph immediately following Paragraph 29 of Plaintiff's Complaint, including subsections a-g, Defendants deny the allegations and further deny that Plaintiff is entitled to any of the relief sought therein.

## GENERAL DENIAL

All allegations not expressly admitted are denied.

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred because Plaintiff was paid all wages owed.

## THIRD DEFENSE

To the extent Plaintiff seeks damages not recoverable under the FLSA, Plaintiff is barred from such recovery.

## FOURTH DEFENSE

All actions taken by Defendant with respect to Plaintiff were supported by legitimate business reasons.

## FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff seeks recovery for time that is not compensable time, i.e. "hours worked" under the FLSA.

## SIXTH DEFENSE

In the alternative, Defendant is entitled to offset monies or other consideration paid or provided to Plaintiff by Defendant for periods in which Plaintiff was not engaged to work.

## SEVENTH DEFENSE

Defendant cannot fully anticipate all defenses which may be applicable to this action and, accordingly, the right to assert additional defenses, to the extent such defenses are applicable, is hereby reserved.

Dated this 11th day of October, 2022.

        Respectfully submitted,

        SPIRE LAW, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Jesse I. Unruh*
        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        Alyssa Castelli, Esq.
        Florida Bar No. 1032306
        jesse@spirelawfirm.com
        alyssa@spirelawfirm.com
        marcela@spirelawfirm.com
        filings@spirelawfirm.com
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Vanessa D. Torres, Esq., 2100 Coral Way, PH 701, Coral Gables, Florida 33145, Telephone (305) 661-3908, service@dtlawfl.com; vanessa@dtlawfl.com.

*/s/ Jesse I. Unruh*
Attorney