UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:22-cv-00164

STEVEN M. SMITH,

    Plaintiff,

v.

BETWEEN THE HEDGES LANDSCAPE, LLC
AND DEWEY B. CLARK,

    Defendants.

_____/

**NOTICE REGARDING REFERENCE OF**
**CIVIL ACTION TO A MAGISTRATE JUDGE**

    Plaintiff, STEVEN M. SMITH, pursuant to this Court's Initial Scheduling Order (ECF 8), confirms the parties have conferred on whether they consent to have a magistrate judge preside over the entire case pursuant to Fla. N.D. Loc. R. 73.1.

    **Respectfully submitted,**

    **DJEBELLI TORRES PLLC**

    <u>/s/ Vanessa D. Torres</u>
    Vanessa D. Torres, Esquire
    Florida Bar Number 93113
    2100 Coral Way, PH 701
    Miami, Florida 33145
    Office (305) 661-3908
    Facsimile (305) 647-6026
    Service email:   service@dtlawfl.com
    Email:           vanessa@dtlawfl.com
    *Attorney for the Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic email on November 3, 2022 all counsel or parties of record on the Service List below.

/s/ Vanessa D. Torres
Vanessa D. Torres

## SERVICE LIST

BETWEEN THE HEDGES LANDSCAPE, LLC
C/O ALYSSA BRITTANY CASTELLI
C/O JESSE IAN UNRUH
SPIRE LAW - OVIEDO FL
2572 W STATE ROAD 426
SUITE 2088
OVIEDO, FL 32765
863-368-1605
Email: alyssa@spirelawfirm.com
Email: jesse@spirelawfirm.com

DEWEY B. CLARK
C/O ALYSSA BRITTANY CASTELLI
C/O JESSE IAN UNRUH
SPIRE LAW - OVIEDO FL
2572 W STATE ROAD 426
SUITE 2088
OVIEDO, FL 32765
863-368-1605
Email: alyssa@spirelawfirm.com
Email: jesse@spirelawfirm.com

DJEBELLI TORRES PLLC
2100 CORAL WAY PH 701, MIAMI, FLORIDA 33145