IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN M. SMITH,

                                        Case No. 5:22-cv-00164-AW-MJF

    Plaintiff,

v.

BETWEEN THE HEDGES LANDSCAPE,
LLC AND DEWEY B. CLARK,

    **Defendants.**
_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undesigned counsel and pursuant to this Court's Scheduling Order (Doc. 8, at ¶ 2.d.), hereby file this Joint Report regarding the settlement conference that took place on November 30, 2022 via telephone and subsequent emails thereafter, concluding the conference on December 5, 2022.

It is Defendants' position that the parties have exhausted all settlement efforts at this time and request to proceed with a Rule 26(f) conference within 20 days from the date of filing this Joint Report.  Defendants do not believe mediation or a settlement conference with a Magistrate Judge will be productive at this time and that discovery should proceed.

Plaintiff does not believe that there has been an exhaustion of settlement efforts and would like to schedule mediation or a zoom settlement conference before a Magistrate Judge.

Respectfully submitted this 14th day of December, 2022.

| | |
|---|---|
| */s/ Jamie L. White* | */s/ Vanessa Torres* |
| Jamie L. White, Esq. | Vanessa D. Torres, Esq. |
| Florida Bar No. 100018 | Florida Bar No. 93113 |
| SPIRE LAW, PLLC | DJEBELLI TORRES PLLC |
| 2752 W. State Road 426, Suite 2088 | 2100 Coral Way, PH 701 |
| Oviedo, Florida 32765 | Coral Gables, Florida 33145 |
| Telephone: (407) 494-0135 | Telephone (305) 661-3908 |
| jamie@spirelawfirm.com | service@dtlawfl.com; |
| marcela@spirelawfirm.com | vanessa@dtlawfl.com |
| filings@spirelawfirm.com | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2022, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Vanessa D. Torres, Esq., 2100 Coral Way, PH 701, Coral Gables, Florida 33145, Telephone (305) 661-3908, service@dtlawfl.com; vanessa@dtlawfl.com.

*/s/ Jamie White*
Attorney