UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:22-cv-00164

STEVEN M. SMITH,

    Plaintiff,

v.

BETWEEN THE HEDGES LANDSCAPE, LLC
AND DEWEY B. CLARK,

    Defendants.

_____/

## STIPULATION OF DISMISSAL [FRCP 41(A)]

    Plaintiff, STEVEN M. SMITH and Defendants, BETWEEN THE HEDGES LANDSCAPE, LLC and DEWEY B. CLARK hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed as to all claims, causes of action, and parties.

Dated January 17, 2023                            DJEBELLI TORRES PLLC
                                                    /s/ Vanessa D. Torres
                                                    By: Vanessa D. Torres
                                                    Attorney for Plaintiff, Steven M. Smith

Dated January 17, 2023                            SPIRE LAW, PLLC
                                                    /s/ Jamie L. White
                                                   Jamie L. White
                                                   Attorney for the Defendants, Between the
                                                   Hedges Landscape, LLC and Dewey Clark