UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:22-cv-00164

STEVEN M. SMITH,

    Plaintiff,

v.

BETWEEN THE HEDGES LANDSCAPE, LLC
AND DEWEY B. CLARK,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims, causes of action, and parties. The Clerk is directed to close the file.

Dated:

_____